

ORIGINAL

FILED

06/25/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0646

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 18-0646

_____

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

ZACHARY BRENNAN NEWBARY,

    Defendant and Appellant.

_____

FILED

JUN 24 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Upon consideration of Appellant's motion for extension of time to file a petition for rehearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including July 24, 2020, within which to file a petition for rehearing.

No further extensions will be granted.

DATED this 24th day of June, 2020.

For the Court,

By _____
          Chief Justice